■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MELVIN MURRAY, Appellant.— Judgment of the County Court, Westchester County, rendered April 25, 1973, affirmed (cf. *People* v. *Richette*, 33 N Y 2d 42). Gulotta, P. J., Hopkins, Shapiro, Christ and Munder, JJ., concur.

■ TERRACE ASSOCIATES, Respondent, v. JACK SCHWARTZ et al., Appellants. — Order of the Supreme Court, Kings County, dated December 4, 1973, and judgment entered thereon on January 11, 1974, affirmed, without costs, upon the opinion of Mr. Justice Samansky. Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

■ RENATE WELKOVICH, Respondent, v. ANDREW WELKOVICH, Appellant, et al., Defendants.— In an action to impose a constructive trust upon title to real property and to invalidate a bond and mortgage for lack of consideration, defendant Andrew Welkovich appeals from an order of the Supreme Court, Queens County, dated November 12, 1973, which denied his motion to be relieved of his default in appearing for trial. Order reversed, without costs, motion granted, judgment entered October 19, 1973 vacated insofar as it is against defendant Andrew Welkovich and the case is severed and restored to the Trial Calendar as to said defendant, upon condition that, within 10 days after service of the order to be entered hereon, with notice of entry, the attorney for defendant Andrew Welkovich personally pay $100 costs to plaintiff. Otherwise, order affirmed, with $20 costs and disbursements. We have concluded that under the facts presented in this case, including the circumstances leading to the failure of defendant Andrew Welkovich's counsel to proceed to trial and the onerous consequences of the dismissal to this defendant, this case should be restored to the calendar for trial as to him, upon the condition stated hereinabove. Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

■ In the Matter of ARTHUR J. PAONE, Appellant, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In a proceeding to compel a new Democratic Party primary election to be held for designation of a candidate for the public office of Member of Congress for the 15th Congressional District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered September 25, 1974, which dismissed the petition. Judgment affirmed, without costs. No opinion. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

THIRD DEPARTMENT, SEPTEMBER, 1974

(September 4, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY RICHARD SMOOT, Petitioner, v. JACK R. NEVIL, as Sheriff of Otsego County, Respondent. Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied. (See CPLR 7003, subd. [b].) Herlihy, P. J., Greenblott, Cooke, Sweeney and Main, JJ., concur.